UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 04 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jimmy Grimes )
243-995 )
1901 D. ST SE. )
WASHINGTON DC 20003 )

(Enter your full name, prison number
and address)

v.

U.S.P.C. )
U.S. Marshall )
_____ )
_____ )
_____ )

(Enter the full name and address(es),
if known, of defendant(s) in this
action)

Case: 1:07-cv-00829
Assigned To : Huvelle, Ellen S.
Assign. Date : 05/04/2007
Description: PR SE GEN. CIVIL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. §1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis.* To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate complaint for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $150.00.. If insufficient funds exist in your prison account at the time of filing your complaint, the court **must** assess, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED
APR 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copies to the Clerk of United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, D.C. 20001.

I.    SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)   No ( )

C.   If your answer to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit.

Plaintiffs: Jimmy Grimes

Defendants: UniTED St. Parole Commissioner UNITED STATE. Marshall Service

2.   Court (if federal court, name the district; if state court, name the county) UniTED STATE District of Columbia

3.   Docket number _____

4.   Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: 4/4/07

7. Approximate date of disposition: _____

## III. PLACE OF CONFINEMENT

Department of Correction

A. Is there a prisoner grievance procedure in this institution?   Yes ( )   No ( )
   If your answer is Yes, go to Question III B. If your answer is No, skip Question III B,C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( )   No (✓)

C. If your answer is Yes to Question III B;

   1. To whom and when did you complain? To my Lawer & Ako CP officer

   2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes ( )   No (✓)

   3. What, if any, response did you receive? (Furnish copy of response, if in writing.) Brush me off

   4. What happened as a result of your complaint? Nothing

D. If your answer is No to Question III B, explain why not. Because the grievance is pick up by the case worker he dont pick up but every two week.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (✓)   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? From the month of March.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.) NO verbally

3. What, if any, response did you receive? (Furnish copy of response if in writing) None

4. What happened as a result of your complaint? Nothing

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: Jimmy Grimes
   Address: 1901 D. St. SE. Washington DC. 20003

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank and their address in the fourth blank. Do the same for additional defendants, if any.

B. Defendant: United Parole Commissioner is employed as Head of Parole at 5550 Friendship
   Address: Blvd Chevy Chase, MD 20815-7286

   Defendant: United State Marshall Service is employed as U.S. District Court at U.S. District Court
   Address: Court for the District of Columbia, United State Courthouse 333 Constitution Ave N.W. 20001

   Defendant: _____ is employed as _____ at _____
   Address: _____

   Defendant: _____ is employed as _____ at _____
   Address: _____

## STATEMENT OF Claim: ATTACHED COPY

V. Page 7) I. The above named mention Plantiff come before this honorable court seeking judgement and ruling on the following ① Within five days of my arrest on a warrant issue by the U.S.P.C it is required by law to conduct a probable cause hearing under C.F.R § 2.1 (A)'. According to the warrant for return date the 7 of Febuary 2007 and executed the 16th of Febuary 2007 well past the five day limit required by law. refer to ATTACH. documents

② Under STATUTE 42 of the U.S.C. § 1983 where a parolee has a fifth amendment Liberty in maintaining his Conditional Freedom and is therefore entitled to due process prior to revocation. Above mentioned plantiff was never granted an expedited offer so that a revocation hearing could be avoided.

③ THE U.S.P.C. UNDER 42 of the U.S.C § 1985 knowing and purposely refused to address the VALIDITY of the warrant for return after acknowledging that the document had numerous defects of dates and the occurence of events as well as showing signs of being tampered with depriving me of the equal protection of the law to pursue and maintain my "Conditional" Freedom.

## V. STATEMENT OF CLAIM

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets if necessary.

[Notary stamp: SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS ___ DAY OF _April_, 2007. NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA. MY COMMISSION EXPIRES JULY 31ST, 2008. My Commission Expires 7/31/08]

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

Relief sought: A) To be freed immediately from the department of Correction and Supervision of the U.S.P.C.

B) Plantiff also seek punitive damage in the sum of $250.000 for violation of 42 U.S.C. §1983, 1985 & C.F.R. 2.101(a)'

C) Plantiff also seek ~~probationary~~ monetuary damage in the sum of $250.000 for emotional duress and mental anguish, lost wage

Signed this 4 day of April, 2007.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/4/07
(Date)

_____
(Signature of Plaintiff)

# UNITED STATE DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Jimmy L. Grimes - Plantiff

VS

United State Parole Commission
United State Marshall

I the above mentioned plaintiff humbly comes before this honorable court seeking judgement and damages for having my 5th, 6th, and 8th amendments rights violated along with U.S.C. 42 §1983 and §1985 in accordance with the National Capital Revitalization and Self Government Improvement Act of 1997 (Revitalization Act), Public Law #105-33 §11223(a)1, 111 Stat. 712, 745 (effective August 5, 1998), D.C. code §24-131 in reference to the following issue ① Within five days of my arrest on a warrant issue by the U.S.P.C it is required by law to conduct a probaly cause hearing under C.F.R. §2.101.(a). According to the warrant for return DATE the 7th of Febuary 2007 the above mention plantiff was not afford a probable cause hearing until 27th of Febuary 2007 well past the five day limit require by law fel to attacthed documents. ② UNDER STATURE 42 of the U.S.C §1983 where a parolee has a fifth$^{th}$ Amendment liberty in maintaining his conditional Freedom and is therefore entile to due process prior to revocation. Above mention plantiff was never granted a expedited offer so that a revocation hearing could be avoided. ③ THE U.S.P.C under 42 of the U.S.C §1985 knowingly and purposely refused to address the validity of the warrant for return to address the document after acknowledging that it had numerous defects of date of occurrence of events as well as showing sign

over.

of being tampered with depriving me of depriving me of the equal protection of the law to pursue and maintian my Conditional Freedom.

Type Releif Sought: (A) To be freedom immediately from the Department of Correction and Supervison of the U.S.P.C. (B) Plantiff also seek punitive damages in the sum of $250.000. for violation of 42 U.S.C § 1983 1985 § CFR 2.101 (a)¹

(C) Plantiff seek Montuary damage in the Sum of $350.000 for emotional duress and mental anguish lost wages ect.

Jimmy Grimes
/s/ Jimmy Grimes

4/7/07



# EVIDENCE



**WARRANT For Return Of a Prisoner Released To Supervision**

Name: GRIMES, Jimmy    Reg. No.

DCDC No. 243-995    PDID No. 427-457    Institution: the DC Department of Corrections

## UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

District of __C o l__ ss:

Received this writ the __7TH__ day of __Feb__ 20__01__, and executed same by arresting the within-named __JIMMY GRIMES__ this __16TH__ day of __FEB__, 20__07__, at __2 PM__ and committing him to __DC JAIL__

__George Walsh__
U.S. Marshal

By __William Martin__
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

By _____
Deputy Marshal

Note: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

ACKNOWLEDGEMENT OF SERVICE: __INVALID DATE__
I have received a copy of the warrant application dated __January 3, 2001 / February 7, 2001__

__Jimmy Grimes__
Prisoner's Signature    Date

(If prisoner refuses to sign, Marshal should so indicate.)

*Print Sheet*

(B)

# D.C. PROBABLE CAUSE HEARING DIGEST

DATE - Lock up
2-12-07

Name.....................: Grimes, Jimmy

Reg. No.....................: N/A

Type of Release...........: **Mandatory Release**

Full Term Date When Warrant Issued..: **2-3-2001**

Date Warrant Executed.: **2-16-2007**

Hearing Date...............: 2-27-07

Examiner.....................: MKM PM

Supervision Officer:

---

**Attorney at Probable Cause Hearing:**

[✓] PDS    [ ] Other    [ ] None

Name  ASWER, M.

Address _____

_____

Phone _____

**Attorney Representing Subject at Revocation Hearing:**

[✓] PDS    [ ] Other    [ ] Unknown

Name  ASTNER

Address _____

_____

Phone _____

---

### I. Items Advised *(Check that the subject has been advised of the following two rights):*

[✓] Advised of Right to a Probable Cause Hearing    [✓] Advised of Right to Attorney

---

### II. Reason For Not Conducting Probable Cause Hearing
*(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

　　[ ] At Request of Attorney/Prisoner    [ ] Prisoner Unavailable

　　[ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

---

Jimmy Grimes                                              Reg. No. N/A Page 1 of 5

March 19, 2007

3:11:20 pm

## DC Department of Corrections
## Face Sheet



| | | |
|---|---|---|
| DCDC #: **243995** | Name: **GRIMES, JIMMY L** | PDID #: **427457** |
| Committment Date: **02/12/2007** | Admission type: **PROBATION VIOLATOR** | |
| Race: **BLACK** | DOB: **12/24/1958**   Sex: **M**   Height: **5' 10"**   Weight: **225** | |
| Sentence type: | Location: **CENTRAL DETENTION FACILITY (CDF)** | |
| Effective date:   Short Term Date: | Full Term Date: | Parole Elig. Date: |
| Agg. Sentence: **0 Years 0 Months 0 Days** | **0 Years 0 Months 0 Days** | |
| Jail credit: **0 day(s)** | | |

ⓘ  Missing Judge

## Detainers

| |
|---|
| Detainer type |
| Agency |
| Released / release reaso |
| Release date |

**Prepared and Certified by:**

| Print | Signature | Date Prepared |
|---|---|---|
| Legal Instruments Examiner | | |

| Print | Signature | Date Reviewed |
|---|---|---|
| Legal Instruments Examiner | | |

*ATTACH*
*Copy Prove the date INCERATED*
*02/12/07*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-829 F
ESH

## I (a) PLAINTIFFS

Jimmy Grimes

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

## DEFENDANTS

US Parole Commission, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00829
Assigned To : Huvelle, Ellen S.
Assign. Date : 05/04/2007
Description: PR SE GEN. CIVIL

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

O

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (If not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (If Voting Rights Act) |

## V. ORIGIN

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐

DEMAND $ 

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE                SIGNATURE OF ATTORNEY OF RECORD
                            NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd