AO240 (Rev 9/96)

FILED

MAY 04 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

Defendant

Case Number:

Jimmy Grimes , declare that I am the (check the appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above entitled proceeding; that in support of my request to proceed without prepayments of fees or costs under the 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you presently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Department of Correction

   Are you employed at the institution? NO    Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution (s) of your incarceration showing at least the past six months' transaction.

2. Are you presently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of last employment, and the amount of your take-home salary and wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other form of self-employment    ☐Yes    ☒No
   b. Rent payments, interest or dividends    ☐Yes    ☒No
   c. Pensions, annuities or life insurance payments    ☐Yes    ☒No
   d. Disability or workers compensation payments    ☐Yes    ☒No
   e. Gifts or inheritances    ☐Yes    ☒No
   f. Any other sources    ☐Yes    ☒No

RECEIVED

APR 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

2

Do you have any cash, or checking or savings accounts?    ☐ Yes    ☒ No

If "Yes" state the total amount. _____ N/A _____

Do you own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or any other thing of value?
☐ Yes    ☒ No

If "Yes" describe the property and state its value.

List the persons who are dependent upon you for support, state your relationship to each person and indicate how much you contribute to their support. Nicole Grimes (son) Dante Grimes Daughter

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED BEFORE ME THIS ___ DAY OF ___
NOTARY PUBLIC FOR THE DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES JULY 31ST, 20__

declare under penalty of perjury that the foregoing is true and correct.

4/4/07
Date

_____
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**CERTIFICATE**

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 0 _____ on account to his/her credit at (name of institution) DC Department of Correction. I further certify that the applicant has the following securities to his/her credit: 0 balance. I further certify that during the past six months the applicant's average balance was 0.

04/09/07
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

Inmate: GRIMES, JIMMY LEE
Booking #: 2007-01851          Permanent ID: 243995

### Current Account Information
Current Balance: .00    Escrow Balance: .00    Restricted Commissary Purchase Amount: .00

### Cost Recovery Balances
| | |
|---|---|
| INSTITUTIONAL DAMAGE | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |

### Exemptions and Credits
Suspend Collections:
Reason for Suspension:
Exempt from Collections:
Work Credit Days: 0
Inmate Account Balance Cannot Go Below This Amount: .01
Exclude from Room and Board Fees:
Last Room and Board Date: 00/00/0000