**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br>JIMMY GRIMES,                    )<br>                                        )<br>            Petitioner,          )<br>                                        )<br>            v.                        )<br>                                        )<br>U.S.P.C., *et al.*,                )<br>                                        )<br>            Respondents.       )<br>_____ ) | Civil Action No. 07-0829 (ESH) |

## <u>ORDER</u>

This matter is before the Court on respondents' motion to dismiss the petition for a writ of *habeas corpus* as moot.  Petitioner, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is

**ORDERED** that petitioner shall respond to respondents' motion no later than **August 13, 2007**.  If petitioner does not respond within the time provided, the Court will treat the motion as conceded and may summarily deny the petition and dismiss the case.

                                        _____/s/_____
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: July 12, 2007

Paper copy to:

Jimmy Grimes
6805 Georgia Avenue, N.W.
Washington, D.C.  20012