THE UNITED STATES DISTRICT OF COURT
FOR THE DISTRICT OF COLUMBIA

Jimmy Grimes,                              :

    Petitioner,                         :

    v.                                  :     Civil Action No. 07-0829 (ESH)

U.S. PAROLE COMMISSION *et al.,*           :

    Respondents,                        :

**RESPONSE BY DISTRICT OF COLUMBIA TO PETITIONER'S WRIT OF HABEAS CORPUS**

The District of Columbia ("the District") files this response to the petitioner's Writ of Habeas Corpus. In support of its response, the District states as follows:

On May 4, 2007, Jimmy Grimes ("Petitioner") filed this motion *pro se* challenging the lawfulness of the actions of the Untied States Parole Commission ("USPC"). According to the petition ("Petition"), Petitioner alleges that he is being detained at the District of Columbia's Central Detention Facility on a defective parole violator warrant that was lodged on February 7, 200[7], but not executed until February 16, 2007. District Court Memorandum and Order at 1. Petitioner accuses the USPC of failing to conduct a probable cause hearing within five days of Petitioner's arrest on a warrant issue by the USPC, under 28 CFR 2.101(a). Petition at 1.  Further, Petitioner claims that his rights under 42 USCS § 1983 was violated because that he was never "granted an expedited offer so that a revocation hearing could be avoided." Petition at 1. Petitioner also alleges that the USPC knowingly and purposely deprived him of the equal protection of the law under 42 USCS § 1983. Petition at 1-2 Consequently, Petitioner

requests immediate release from custody and parole supervision and seeks monetary damages. Id. at 2.

On May 16, 2007, this Court issued a Memorandum Opinion dismissing Petitioner § 1983 claim without prejudice since Plaintiff could not obtain any relief under §1983 without first invalidating the warrant through a *writ* of *habeas corpus.* This Court also requested the Office of Attorney General to respond to Petitioner's *writ*.

## DISCUSSION

This Court should discharge the show cause order against the District because the petition contains no claim or allegation of wrongdoing by the District. Further, even had Petitioner alleged wrongdoing by the District or one of its agents, the District no longer possesses the legal authority to provide the relief that Petitioner seeks.

According to the National Capital Revitalization and Self-Government Improvement Act of 1997 ("Revitalization Act"), Pub. L. No. 105-33 § 11231, 111 Stat. 712, 734-737 (codified at D.C. Code §24-101 *et seq.* (2001 & Supp. 2005)) , and Fletcher v. Reilly, 369 U.S. App. D.C. 100 (D.C. Cir. 2006), "Congress transferred responsibility for the imprisonment of all felons convicted under the D.C. Code from District of Columbia to the federal government." 369 U.S. App. D.C. 100. The USPC now has "the jurisdiction and authority of the Board of Parole of the District of Columbia to grant and deny parole, and to impose conditions upon an order of parole, in the case of any imprisoned felon who is eligible for parole or reparole under the District of Columbia Code." Franklin v. District of Columbia, 333 U.S. App. D.C. 334 (D.C. Cir. 1998), citing Revitalization Act, Pub. L. No. 105-33 § 11231, 111 Stat. 712, 745. The District of Columbia Board of Parole no longer exists pursuant to Revitalization Act, Pub. L. No.

105-33 § 11231, 111 Stat. 712, 745 (codified at D.C. Code § 24-131 (2007), which states that the D.C. Board of Parole would be abolished after completing the transfer of authority to the USPC. Thus, the USPC possesses the legal authority to conduct the hearings and re-hearings that Petitioner requests. Id. Petitioner acknowledged this fact in his petition by citing National Capital Revitalization and Self-Government Improvement Act of 1997 ("Revitalization Act"), Pub. L. No. 105-33 § 11231, 111 Stat. 712. Petition at 1.

In sum, even though Petitioner is confined in the D.C. Detention Facility, the gravaman of his complaint is against the USPC and the U.S. Marshals. His warrant was issued by the USPC and not the District of Columbia, and he complains about the failure of the USPC to hold a probable cause hearing within five days. Accordingly, the District respectfully defers to the Office of the United States Attorney to address the issues raised by Petitioner. As a result, this petition should be dismissed as to the District.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil litigation Division

_____/s/_____
PHILLIP A. LATTIMORE. III [422968]
Section Chief,
General Litigation Section III
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor South
Washington D.C. 20001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was mailed postage prepaid on this _____ day of _____, 2007

Jimmy Grimes
243-995
1901 D Street, S.E.
Washington, D.C. 20003

                                                     _____
                                                     Phillip A. Lattimore III
                                                     Chief, General Litigation Section III
                                                     Office of Attorney General, D.C.

Case 1:07-cv-00829-ESH    Document 11    Filed 07/16/2007    Page 4 of 5

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jimmy Grimes,                                  :

       Petitioner,                         :

       v.                                          :    Civil Action No. 07-0829 (ESH)

U.S. PAROLE COMMISSION *et al.,*    :

       Respondents.                       :

**ORDER**

Upon consideration of the petition for the *writ* of *habeas corpus*, the response thereto and the record herein, it is by the Court this _____ day of _____ 2007,

ORDERED: That the Petition for the *Writ* of *Habeas Corpus* addressed against the District of Columbia shall be discharged; it is,

                                                                         _____
                                                                         ELLEN SEGAL HUVELLE
                                                                        Untied States District Judge

Copies to:

Phillip A. Lattimore. III
Chief, General Litigation III
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor South
Washington D.C. 20001

Jimmy Grimes
243-995
1901 D Street, S.E.
Washington, D.C. 20003