# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JIMMY GRIMES, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 07-0829 (ESH) |
| U.S.P.C., *et al.*, | ) ) ) |
| Respondents. | ) ) |

## ORDER

This matter is before the Court on respondents' motion to dismiss the petition for a writ of *habeas corpus* as moot. Respondents' exhibits show that petitioner completed his sentence and was released from his incarceration on June 22, 2007. The Order of July 12, 2007, advising petitioner to reply to the motion by August 13, 2007, was returned to the Court as undelivered and "unable to forward," and petitioner has not updated the record with a current address. Accordingly, it is

**ORDERED** that the Order to Show Cause [Dkt. No. 4] is **DISCHARGED**; it is

**FURTHER ORDERED** that respondents' motion to dismiss [Dkt. No. 8] is **GRANTED**; and it is

**FURTHER ORDERED** that the case is **DISMISSED** as moot. This is a final appealable Order.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 14, 2007